UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MICHAEL WOODS,

    Petitioner,

vs.

TIM VIRGA,

    Respondent.

No. C 13-0009 PJH (PR)

**ORDER**

This petition was stayed so petitioner could exhaust further claims and he has now filed an amended petition. Docket No. 7. It appears from the amended petition that petitioner only filed state habeas petitions in the superior court and court of appeals. Amended Petition at 4, 12. Petitioner was informed in the order staying the case that the exhaustion requirement is satisfied by providing the highest state court with a full and fair opportunity to consider each claim.

To proceed with this case, petitioner must file a brief motion to lift the stay and indicate if the California Supreme Court has ruled on these claims. He may wish to include a decision from the California Supreme Court.

## CONCLUSION

By **February 10, 2014**, petitioner must file a brief motion indicating that he wishes to lift the stay and he must indicate if the California Supreme Court has ruled on the claims in his amended petition.

**IT IS SO ORDERED.**

Dated: January 22, 2014.

    PHYLLIS J. HAMILTON
    United States District Judge

G:\PRO-SE\PJH\HC.13\Woods0009.ord.wpd