IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL WOODS,** | Case No. C 13-0009 VC (PR) |
| Petitioner, | **[PROPOSED] ORDER AS MODIFIED** |
| **v.** | |
| **TIM VIRGA, Warden,** | |
| Respondent. | |

GOOD CAUSE being shown, the Court hereby grants respondent's request for an enlargement of time to and including **August 15, 2014**, in which to file and serve either a motion to dismiss or an answer to the petition for writ of habeas corpus.

Petitioner's traverse is due thirty days after the answer is served.

IT IS SO ORDERED.

Dated:  June 16, 2014

_____
The Honorable Vince Chhabria
United States District Judge