UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL WOODS,

    Petitioner,

v.

TIM VIRGA,

    Respondent.

Case No. 13-cv-00009-VC  (PR)

**JUDGMENT**

The petition for writ of habeas corpus having been denied, judgment is hereby entered in favor of Respondent. Petitioner shall obtain no relief by way of his petition.

**IT IS SO ORDERED**.

Dated: April 28, 2015

_____
VINCE CHHABRIA
United States District Judge